UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVE WILLIAMS AND REBA WILLIAMS, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil No.: 3:16-cv-01633-VAB |
| RANDALL BEAN, ELIZABETH BLACK BEAN, CHRISTOPHER BEAN, AND MATTHEW BEAN, | : : : : | JULY 25, 2018 |
| Defendants. | : | |

## MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS

Defendants and Counterclaim Plaintiffs, Randal Bean, Elizabeth Black Bean, Christopher Bean and Matthew Bean[1] (collectively, the "Defendants" and/or "the Bean Family"), respectfully submit this motion pursuant to Federal Rule of Civil Procedure 15 for leave to amend their counterclaims in this action. A copy of the proposed Answer and Amended Counterclaims is attached as Exhibit A.

As explained more thoroughly in the accompanying memorandum of law, on July 23, 2018, Plaintiffs dismissed all claims against Defendant and Counterclaim Plaintiff Mathew Bean, making Counterclaims for common-law and statutory vexatious litigation and abuse of process ripe. Defendants' respectfully request, therefore, that this motion be granted, allowing Counterclaim Plaintiff Matthew Bean to assert these counterclaims against Plaintiffs.

---

[1] Because Plaintiffs' dismissed all claims against Matthew Bean, *see* Stipulated Dismissal, Dkt. No. , July 23, 2018, Matthew Bean remains in this case solely as a Counterclaim Plaintiff.

-2-

Dated: July 25, 2018						Respectfully submitted,

						By: */s/ James R. Nault*
							Joseph L. Clasen (ct04090)
							James R. Nault (ct29500)
							Robinson & Cole LLP
							280 Trumbull Street
							Hartford, CT 06103
							Telephone: (860) 275-8200
							Fax: (860) 275-8299
							Email: jnault@rc.com
							jclasen@rc.com


							COUNSEL FOR THE
							DEFENDANTS/COUNTERCLAIM PLAINTIFFS
							RANDALL BEAN, ELIZABETH BLACK,
							CHRISTOPHER BEAN, AND MATTHEW BEAN.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                */s/ James R. Nault*
                                                                 James R. Nault